(Ex Parte)

Kevin-Duane: Hickman CDCR# BK4074
Name and Prisoner/Booking Number
California Health Care Facility
Place of Confinement
P.O. BOX 213040
Mailing Address
Stockton, Ca 95213
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED

**Jul 14, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Kevin-Duane: Hickman          )
(Full Name of Plaintiff)          Plaintiff,     )
                                  )
              v.                  )    CASE NO. __2:25-cv-1964 CKD (PC)__
                                  )         (To be supplied by the Clerk)
(1) J. Roberts  U.S. Treasury     )
(Full Name of Defendant)          )
(2) Scott Bessent  Sec of Treasury )
                                  )
(3) _____   )    **CIVIL RIGHTS COMPLAINT**
                                  )    **BY A PRISONER**
(4) _____   )
              Defendant(s).       )    ☒ Original Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )    ☐ First Amended Complaint
                                  )    ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☒ Other: EQUITY JURISDICTION _____.

2.  Institution/city where violation occurred: CHCF, Stockton, California _____.

## B. DEFENDANTS

1. Name of first Defendant: J. Roberts                    . The first Defendant is employed as:
   United States Treasury                    at SAN JUAN, PUERTO RICO, 00902 .
   
   (Position and Title)                                    (Institution)

2. Name of second Defendant: Scott Bessent          The second Defendant is employed as:
   Secretary of Treasury                    at Washington, DC 20220            .
   
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____at_____
   
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____at_____
   
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? 2 . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: KEVIN DUANE HICKMAN          v. CALIFORNIA
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____Pending_____.

   b. Second prior lawsuit:
      1. Parties: KEVIN DUANE HICKMAN     v. CDCR
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____Pending_____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _See Attachment_

2. **Claim I.** Identify the issue involved. **Check only one.** State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [x] Other: _Obligation of Contract_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _J. Roberts and Scott Bessent are successor of Both United States Treasury and they are not honoring the contract that was establish between me and the United States in 2022, I'm asking the court to enforce the contract. Breach of contract and Fiduciary Duty. This case is BONDED all proceedings._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Both Treasury failed the Fiduciary and didn't follow the obligations of the contract._

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [ ] Yes [x] No
   b. Did you submit a request for administrative relief on Claim I? [ ] Yes [x] No
   c. Did you appeal your request for relief on Claim I to the highest level? [ ] Yes [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _See Attachment_

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _Breach of Contract and Fiduciary Duty. This proceedings is only EQUITY JURISDICTION_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

    ☐ Basic necessities          ☐ Mail               ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                              ☐ Yes   ☐ No

    b.  Did you submit a request for administrative relief on Claim III?           ☐ Yes   ☐ No

    c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes   ☐ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Enforce of the Contract and All accounting

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        *Kevin Duane. Hickman*
              **DATE**                 **SIGNATURE OF PLAINTIFF**


_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____

(Signature of attorney, if any)

_____

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

## NOTICE OF INTENT

Reason, for this Complaint is to get your attention about the contract that not being honored, and your Fiduciary Duty as being successor for Francisco Pares Alicea are your going to handle your Fiduciary Duty as handling my Treasury Direct Authorization Account encloses is a copy of my UCC certified paper-work a copy of my Private Registered Bond that was deposited with the United States Treasury May 2022. I'm requesting full accounting and I want to know what my overages are and I want them available to me as soon as possible. And I have a request if any overages are available I need a Treasury for KEVIN DUANE HICKMAN TRUST®. So I bring this complaint in EQUITY JURISDICTION only and these claims are "BONDED"

THE LAW HAS ALWAYS BEEN ON YOUR SIDE - USE IT TO BUILD A BETTER, STRONGER AMERICA.



# UNITED STATES CONSTITUTION CITATION
# CRIMINAL COMPLAINT
## AFFIDAVIT AND BRIEF OF INFORMATION

THE UNITED STATES ___DISTRICT COURT___
(DISTRICT COURT, SUPREME COURT, HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE, PRESIDENT, ETC.)
FOR THE DISTRICT OF (State) ___CALIFORNIA___
IN THE COUNTY OF ___SACRAMENTO___

## UNITED STATES OF AMERICA

By (Plaintiff(s) / Accuser(s)
_Kevin-Duane : Hickman_

VS. (Defendant(s) / Accused)
_J. Roberts (Puerto Rico) United States Treasury_
_Scott Bessent - United State Treasury_

AND ANY UNKNOWN OTHERS.

**Case Number**

_____

**Date**

_____

Citation, Complaint,
Affidavit and Brief of
Information
Points of Law:
18 USC 4
42 USC 1986
U.S. Const.
5th Amend.
Just Comp.
10th Amend.

18 USC 241,242

All actions required by accusers/plaintiffs of the accused/defendants to avoid the consequences
of this Criminal Complaint must present, in affidavit form, all objections by the defendants and
must be presented within three months (90 days) from the issuance of this Criminal Complaint.

CRIMINAL COMPLAINT (Cont.)

Any actions and/or inactions by the defendants, both named and unnamed, contrary to the lawful 1787 Constitution for the United States of America and the lawful 1878 CONSTITUTION of the State of Washington will immediately bring the full force of this Criminal Complaint upon them. The above named defendants have broken Constitutional law. This citation concerns the felonies committed according to the lawful 1787 Constitution for the United States of America and ignores all law in Admiralty (Private Law).

NOTE: A private person making an arrest has all the power and protection of law that any peace officer would have. (AM14.1/EP)

## Purpose of Criminal Complaint

The officials of the <u>STATE UPPER CASE</u> have and are continuing to violate GOD given, Constitutionally protected rights of Sovereigns domiciled in the State of Washington. This Criminal Complaint is for the purpose of setting straight the lawful laws and actual jurisdiction as they apply to State Sovereigns and to initiate lawful remedy.

## Statements of Fact

The above named defendant(s) is/are accused by this instrument of the offense of violation of the herein listed and marked parts of the United States Constitution — the ORIGINAL and SUPREME Law of the Land.

Said defendant(s), on or about (Enter Date), in (ENTER COUNTY) County, The State of (ENTER STATE), did unlawfully (describe events in your own words):

On March 27, 2022 I had my UCC paperwork certify with the regional office the "STATE OF COLORADO" Document number 20222022950. Following my certification I sent a certify copy to the United State Treasury Secretary, Raul Maldonado SANJUAN, PUERTO RICO Certified Mail Receipt No. 7019 1640 0000 6402 3447, Enclose was a Private Bond which is the contract between Kevin-Duane: Hickman and the United States for the benefit of each. Certified copy was sent to United State Treasury Secretary Janet L. Yellen Certified Mail Recepit No. 7019 1640 0000 6402 3447. Both Treasury Secretary where assign Fiduciary duty and no one has honor the contract.

CRIMINAL COMPLAINT (Cont.)

---

**ARTICLE 6, CONSTITUTION FOR THE UNITED STATES:**

"THIS CONSTITUTION, and the laws of the United States of America which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States of America, **SHALL BE THE SUPREME LAW OF THE LAND**; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary notwithstanding." ...

---

**INSTRUCTION: Mark the boxes below where you believe the Law has been violated.**

| THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) | 101/OC – Obligation of Contracts<br>└ Clause 1<br>└ Section 10<br>└ Article 1<br>AM14.1/EP – Equal Protection<br>└ Section 1<br>└ Amendment 14 |

**I. PROTECTIONS OF YOUR BASIC RIGHTS** - (You can add more, such as attachments on the line below labeled "other")

✓ **AM1/FR** No law shall be made limiting my freedom of religion and how I apply it to my life (conscience).
✓ **AM6/AC** The accused may have the assistance of anyone/anything in the presentation of his defense.
✓ **AM6/AC, AM1/FR** It is up to me to choose and have as counsel whoever can best understand and represent my conscience (what I think is right or wrong).
✓ **AM 13.1/S, IS** No law-abiding person shall be forced to do anything he does not want to do.
___ OTHER: _____

**II. GUARANTEES OF AN HONEST GOVERNMENT THAT GIVES FAIR AND EQUAL PROTECTION FOR ALL**

✓ **AM1/FS** No law shall limit my freedom of speech - I can say whatever I believe - especially if required (when someone requires me to tell the Truth, the whole Truth, and nothing but the Truth...).
___ **AM1/FP** No law shall limit freedom of the press - or my freedom to express my ideas in writing or printing.
✓ **AM6/INFO** The accused must be informed why he is on trial (and the nature and cause of the complaint).
✓ **AM6/WA** The accused must be confronted by all witnesses against him.
___ **AM6/WF** The accused has the right to compulsory process to get all people or materials in his favor.
___ **AM6/PT** In all trials involving the threat of jail, the accused shall have a public trial by a jury of their peers (including friends).
✓ **AM5/IN** No person shall be held to answer for any serious crime without a Grand Jury indictment.
✓ **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
✓ **AM14.1/EP** All persons shall be equally protected and restricted by the law.
___ **421/UP, UI** People of each state can do anything that is allowed in any other state.
✓ **411/ARP** No state shall refuse to acknowledge the actions and records of other states.
✓ **AM14.1/CP, CI** No state shall make or enforce any law limiting rights guaranteed in the U.S. Constitution.
___ OTHER: _____

**III. GUARANTEES OF REASONABLE ENFORCEMENT OF YOUR RIGHTS**

✓ **AM4/PS** I am safe from unwarranted searches/seizures of myself, or anything mine (or my responsibility).
✓ **AM4/W, PC** Any action taken against me must be fully described to me in writing, issued by a court of law (not an agency - like IRS), signed by a judge (not an agent - like IRS), and sworn on oath.
✓ **101/OC** No state shall pass any law impairing the obligation of contracts.
✓ OTHER: **AM 14.4/OC, V** _____

**IV. GUARANTEES OF DUE PROCESS (ACTION/REACTION PROCESS THAT PROVIDES JUSTICE FOR ALL)**

✓ **AM5/DP** No person shall be deprived of anything without a fair trial based on Constitutional law.
✓ **AM14/DP** No State shall deprive anyone of anything without a fair trial based on Constitutional law.

## CRIMINAL COMPLAINT (Cont.)

☑ **192/H C** I have a right to further court process if I have been unlawfully confined (Writ of Habeas Corpus).
☑ **322/SCA** I have a right to appeal my case to a higher court.
☐ **OTHER:** _____

## V. PROTECTIONS AGAINST UNREASONABLE GOVERNMENT BEHAVIOR (OVER CONTROLLING YOUR LIFE)

☑ **193/XL** No law shall be passed today that can punish me for something I did yesterday (no retroactive laws).
☑ **101/XL** No state shall pass any law today that can punish me for something I did yesterday (ex post facto).
☑ **411/CPE** Congress determines the effect of state legal processes.
☑ **AM5/DJ** No person shall suffer more than once for the same offense.
☑ **101/LMR** No state shall declare war on a person (resort to force) in violation of the Constitution.
☑ **AM8/XB** No excessive bail shall be required - bail shall be proportional to crime.
☑ **AM8/XF** No excessive fines shall be imposed - fines shall be proportional to crime.
☑ **AM8/CP** No cruel punishment (torture) shall be inflicted on anyone.
☑ **AM8/UP** No unusual punishment shall be inflicted - there shall be equal suffering for equal crimes.
☐ **OTHER:** _____

## VI. PROTECTIONS AGAINST GOVERNMENT SECRECY — WHICH FORCES GOVERNMENT TO BE HONEST

☑ **AM6/INFO, AM14.1/EP** I may require as much in writing as is required of me.
☑ **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).
☐ **AM5/JC** No one shall give up or lose anything (taxes) for public gain without fair compensation.
☑ **AM7/JT** All trials not involving the threat of jail, and involving over $20 shall be tried by jury of peers.
☐ **AM6/ST, PT** All trials involving the threat of jail shall be speedy and public.
☐ **323/JT** All trials involving the threat of jail shall be by jury of peers (including friends).
☑ **323/TIS** Trial must be in the state where the crime was committed.
☑ **AM6/IJT** A jury must impartially rule on facts (even ruling against any law they believe unfair).
☑ **AM6/TWC** A jury must be of the state and district where the crime was committed.
☑ **AM6/DPA** The trial district must be pre-established by law to insure a fair sampling of people in the jury.
☐ **101/GS** Money is legal tender ONLY if it is made of, or exchangeable at a bank for, silver or gold.
☐ **101/GS, TD** No state shall make anything but silver or gold legal tender for payment of debts.
☐ **101/CM** No state is allowed to coin or print money.
☐ **101/EBC** No state is allowed to print anything to be used in the place of money.
☐ **101/OC** No state is allowed to weaken the dollar bill's obligation to be exchangeable for silver or gold.
☐ **185/CM** Only Congress can coin money (not Federal Reserve, which is an unlawful private corporation).
☐ **185/VM** Congress has valued Money at 412.5 grains of standard silver (or equivalent gold) to the dollar.
(Federal Reserve notes do NOT promise any silver or gold at all! So, they are unlawful and cannot be used in any transactions with the Government (payment of taxes, bail, fees, fines, court costs, etc.).
☐ **186/PC** Printing money without lawful authorization is counterfeiting; Congress must punish counterfeiters.
☐ **101/TN** No state shall set anyone (including Bar Assoc., Esq., Nobility Title, etc.) above the Common Man.
☑ **101/TAC** No state shall work against the U.S. Constitution with anyone (Bar Assoc., IRS, etc.).
☑ **431/NNS** No controlling agency (Bar Assoc., IRS) shall be formed (or act) in violation of the U.S. Constitution.
☐ **331/TAU** No controlling agency shall harass a U.S. Citizen (mixed war/treason).
☑ **111/SP** Only Congress has the power to make laws.
☑ **311/SP** Only courts can decide punishments and rewards with regard to the Supreme Law.
☑ **OTHER:** _101/OC_____

## VII. PROTECTIONS AGAINST GOVERNMENT COMPLETELY CONTROLLING YOUR LIFE (DOMINATION)

☑ **AM5/WAH** No person shall be forced to say or do anything that can be used against him later (for any reason).
☑ **AM3/QS** No public servant shall be quartered in a house unlawfully or without owner's consent.
☑ **193/BA** No person or group can make a law, judge on it, AND punish under it (this takes away ALL rights).
☑ **101/BA** No state shall allow any person or group to make a law, judge on it, AND punish under it.
☐ **OTHER:** _____

## CRIMINAL COMPLAINT (Cont.)

### VIII. GUARANTEES THAT IF SOMETHING IS WRONG, YOUR GOVERNMENT MUST DO SOMETHING

✓ **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constition.
✓ **AM14.4/PDQ)** Taxes (public debt) spent for unlawful purposes may be questioned.
✓ **197/N UW** No money may be withdrawn from the Public Treasury for unlawful purposes.
✓ **AM16/TX** Congress has the power to lay and collect taxes only for lawful purposes.
✓ **AM5/JC** No one shall give up or lose anything (taxes) for public gain without fair compensation.
✓ **AM1/PA, RG** I may assemble peaceably with others to ask the Government to protect my rights.
✓ **AM24/VPT** The right to vote may not be denied to anyone because they fail to pay taxes.
✓ **AM9/ER** All rights belong to the people: some are stated, some are not.
✓ **AM10/PR** All government power comes from the consent of the people governed.
✓ **AM5/DP** No person shall be deprived of anything without a fair trial of peers based on Constitutional law.
✓ **AM14/DP** No state shall deprive anyone of anything without a fair trial of peers based on Conststitution law.
✓ **441/GRG** The U.S. guarantees a system of laws to protect the majority AND minority.
✓ **612/SL** "This Constitution is the Supreme Law of the Land."
✓ **613/BO** All law makers, court officials, and enforcement officers are bound by oath to the U.S. Conststitution.
✓ **218/OATH** The President's oath is to "faithfully execute" his office and "defend the U.S. Constitution."
✓ **231/GX** The President shall "take care that the laws be faithfully executed (enforced)."
✓ **612/JB** All judges are bound by oath to support the United States Constitution.
✓ **441/PAI** The U.S. will protect every U.S. Citizen against any attack upon themselves or their rights.
✓ **441/PADV** The U.S. will protect every U.S. Citizen against local attack upon themselves or their rights.
✓ **AM2/KBA** The right of people to keep and bear arms shall never be limited or infringed.
✓ **AM14.3/HO, IR** No person shall hold office if he rebels against or violates the U.S. Constitution (treason).
____ OTHER: _____

### IX. GUARANTEES THAT IF SOMETHING IS WRONG, WHAT THE GOVERNMENT IS REQUIRED TO DO

✓ **241/IMP** Any government employee (except Military) may be impeached.
✓ **136/STI** Only the Senate shall try impeachments.
✓ **136/SCI** Only the Senate shall convict in cases of impeachment.
✓ **137/JI** Impeachment bars one from office.
✓ **137/LSL** The impeached shall be subject to trial and punishment like anyone else.
✓ **331/TC** It takes at least two witnesses (see below) or a confession in court to convict anyone of treason.
✓ **332/TP** Congress shall decide the punishment for treason.
____ **AM14.3/RD** Congress shall impeach anyone who rebels against or violates the U.S. Constitution.

THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178.

✓ **321/JUC** The Court's power reaches into all cases involving the U.S. Constitution or any laws made under it.
____ **321/JUP** The Court's power shall extend to any case involving the United States as a party.
____ OTHER: _____

---

### TITLE 18 SECTION 241 - (18 USC 241) - CONSPIRACY AGAINST THE RIGHTS OF CITIZENS

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - they shall be fined not more than $10,000 or imprisoned not more than 10 years, or both: and if death results they shall be subject to imprisonment for any term of years or for life.

CRIMINAL COMPLAINT (Cont.)

---

**TITLE 18 SECTION 242 - (18 USC 242) - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

**THEREFORE**, the Court shall punish according to TITLE 18 SECTION 241/242.

---

**Title 42 U.S.C. Section 1982:** of the U.S. Code: "Property rights of citizens" is part of the civil rights Act of 1871.  It is the statute that controls the use of real and personal property. <u>**Government officials must have a monetary or proprietary interest in the real property in question in order to have jurisdiction over it.**</u>

**Title 42 U.S.C. Section 1983:** - Civil action for deprivation of rights. "The Civil Rights Act of 1871" Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

**Title 42 U.S.C. Section 1985:** Pertains to a conspiracy to interfere with civil rights, (1) to prevent an officer from performing a duty; (2) obstructing justice; intimidating party, witness, or juror; (3) or depriving persons of rights or privileges.

**Title 42 U.S.C. Section 1986:** Action for neglect to prevent conspiracy.
Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in the preceding section [42 USCS § 1985], are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses to do so, if such wrongful act be committed, shall be liable to the party injured, or his/her legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding five thousand dollars damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action

## CRIMINAL COMPLAINT (Cont.)

under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

**Title 42 U.S.C. Section 1994:** The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in any Territory or State of the United States; and all acts, laws, resolutions, orders, regulations, or usages of any Territory or State, which have heretofore established, maintained, or enforced, or by virtue of which any attempt shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, are declared null and void.

**Title 18 U.S.C. Section 1581:** Peonage; obstructing enforcement
    (a) Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.
    (b) Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a).

**Title 18 U.S.C. Section 3:** Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact.
Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

## TITLE 18 SECTION 4 – (18 USC 4) COMMISSION OF A FELONY

"Whoever, has knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years or both."

## TITLE 18 SECTION 241 – (18 USC 241) – CONSPIRACY AGAINST THE RIGHTS OF CITIZENS

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured – they shall be fined not more than $10,000 or imprisoned not more than 10 years, or both: and if death results they shall be subject to imprisonment for any term of years or for life.

CRIMINAL COMPLAINT (Cont.)

## TITLE 18 SECTION 242 - (18 USC 242) - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

### Title 18 Section 1001:

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1) Falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2) Makes any materially false, fictitious, or fraudulent statement or representation; or

(3) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

(b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.

(c) With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—

(1) administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or

(2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.

### Title 18 Section 1621:

(1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

### CRIMINAL COMPLAINT (Cont.)

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true; **is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.**

<u>Title</u> **18 Section 1622**: Subornation of perjury: Whoever procures another to commit any perjury is guilty of subornation of perjury, and shall be fined under this title or imprisoned not more than five years, or both.

---

**16 AM JUR 2D 177,178:**

The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose;

Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it;

No one is bound to obey an unconstitutional law, and no courts are bound to enforce it;

An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the Fundamental Law of the Land, it is superseded thereby;

The general rule is that an unconstitutional act of the Legislature protects no one. It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he does so at his peril and must take the consequences.

---

**NOTE: MARK THE FOLLOWING APPROPRIATE ITEMS – HOWEVER DO <u>NOT</u> COUNT THESE IN THE FINAL LEDGER**

**X. PUNISHMENTS PROVIDED FOR CORRUPT PEOPLE IN OFFICE, DRAWING PUBLIC FUNDS**

- ✓ **161/CS** Members of House and Senate will be paid with public 'funds for service - not disservice.'
- ✓ **311/CS** Judges will be paid for their service - but not for disservice.
- ✓ **217/CS** The President shall be paid for his service - but not for disservice.
- ✓ **AM14.4/OC, IR** The United States shall not be bound to finance It's own destruction.
- ✓ **AM14.4/OC, V** The debt incurred by the U.S. to finance It's own destruction is void.
- ✓ **101/OC** No State shall pass any law impairing the obligations of contracts.
- ✓ **231/GX** The President shall "take care that the laws be faithfully executed (enforced) ."
- **231/CO** The President gives power to the officers he appoints.

**THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178.**

- ✓ **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).
- ✓ **612/JB** All judges are bound by oath to support the Constitution of the United States of America.
- ✓ **613/BO** All law makers, court officials, and enforcement officers are bound by oath to the U.S. Constitution.
- ✓ **AM14.3/HO, IR** No person shall hold office if he rebels against, or violates the U.S. Constitution.
- **OTHER:**

**THEREFORE, the Court shall punish the defendant(s) for fraud (drawing a wage for disservice) and misprision (mis-use of public office or contempt against the U.S. Constitution, the Supreme Law of the Land).**

**CRIMINAL COMPLAINT (Cont.)**

**SUPPORTING EVIDENCE AND ADDENDUMS**

UCC Cerified Documents including the Private Registered Bond for investment which the United States has not honored which is the contract So this filing is for breach of contract and breach of fiduciary by both United States Treasury Secretary, J. Roberts-Puerto Rico Department of the Treasury and Scott Bessent United State Treasury. This is EQUITY JURISDICTION only.

## REQUEST FOR RELIEF

Performance on the Contract, ALL ACCOUNTING on the account.

Also Enclose is the certified mail receipts that was sent to the Treasury Secretary.

Also see EXHIBIT (A) (B) (C)

## CRIMINAL COMPLAINT (Cont.)

I /we certify under penalties of perjury that I/we have grounds to, and do believe that the above accused person(s) committed the above offense(s) contrary to law, and by the authority of the U.S. Constitution do hereby declare same to be under Citizen's Arrest, the actual physical arrest to be by the U.S. Marshall. (See Title 42. Sections 1983-1989.)

I certify that the foregoing is True, Correct, Complete and Not Misleading to the best of my knowledge so help me GOD.

Sign Here: _Kwei-Duane. Hickma_____  Date: _7-3-25_ AD.

(If you are a witness to treason, check box) ↑

NOTARY
SEAL

ELSA RODRIGUEZ
Notary Public - California
San Joaquin County
Commission # 2450714
My Comm. Expires Jun 19, 2027

[STATE] _California_ ) s.s.:

[COUNTY] _San Joaquin_ )

On this _3_ day of _July_ ,AD 20_25_,

The above signatory before me personally appears with picture ID and executes the forgoing instrument and acknowledges it to be his/her free act and deed.

_Elsa Rodriguez_____  My Commission Expires: _6/19/2027_
Notary Public

Send One copy each to:
Court Clerk (for judge), Prosecuting Attorney, Defendant(s) / Accused, Accuser(s), and others as necessary.

Received by:

Signature: _____ Date: _____ Time _____

Notice to Credit/Bonding Companies: The Commercial Value of this complaint is $_____
     LEGER:  (Total Counts X ($1,000 or $10,000)) X (Total Lien Debtors) = $ Value

This complaint is an Affidavit of Obligation in the normal Commercial sense and as such is a Security representing accounts receivable and is a Lien upon the real and movable property, Mal-Practice Insurance and Performance Bonds of the above cited.

Total Judge Lien Debtors = _0_ ; Constitutional Violations = _0_ , at $ _0_ per count = $ _0_ per Lien Debtor Judge. SubTotal = $ _0_ Total Not Judge Lien Debtors = _2_ ; Constitutional Violations = _6_ , at $ _10,000_ per count, equals $ _60,000_ per Lien Debtor Not Judge. SubTotal = $ _60,000_ . Grand Total: $ _120,000_ + $ _10,000_ = $ _10,000_ Grand Total: $ _140,000_ + $ _0_ = $ _0_ Note: 12% annual interest will accrue once the 90 day time limit expires. These values may change as other defendant lien debtors are identified.

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ San Joaquin _____ )

On July 3, 2025 before me, _____ Elsa Rodriguez, Notary Public _____
(insert name and title of the officer)

personally appeared Kevin Hickman _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ELSA RODRIGUEZ
Notary Public - California
San Joaquin County
Commission # 2450714
My Comm. Expires Jun 19, 2027

## CRIMINAL COMPLAINT (Cont.)

| Lien Debtors/Defendants separately and jointly. THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) → | 101/OC – Obligation of Contracts<br>└ Clause 1<br>└ Section 10<br>└ Article 1<br><br>AM14.1/EP – Equal Protection<br>└ Section 1<br>└ Amendment 14 |
|---|---|

| REF | TITLE | REF | TITLE |
|---|---|---|---|
| 111/SP | Separation (of) Powers | 441/PADV | Protect Against Domestic Violence |
| 136/STI | Senate Tries Impeachment | 612/SL | Supreme Law of land |
| 136/SCI | Senate Convict Impeachment | 612/JB | Judges Bound by oath |
| 137/JI | Judgment Impeachment | 613/BO | All Bound by Oath |
| 137/LSL | Liable, Subject to Law | AM1/FR | Freedom of Religion |
| 153/HJP | House Journal Proceedings | AM1/FERB | Freedom to Establish Religious Basis |
| 185/CM, VM | Coin Money, Value Money | AM1/FERI | Freedom to Est. Religious Institute |
| 186/PC | Punish Counterfeiting | AM1/FXR | Freedom to Exercise Religion |
| 189/CT | Constitute Tribunals | AM1/FS | Freedom of Speech |
| 180/SP | Separation of Powers | AM1/FP | Freedom of Press |
| 192/HC | Habeas Corpus | AM1/PA | Peaceful Assembly |
| 193/BA | Bill of Attainder | AM1/RG | Redress Grievances |
| 193/XL | Ex post facto Law | AM2/KBA | Keep and Bear Arms |
| 101/TAC | Treaties, Alliance, Confederation | AM3/QS | Quartering Soldiers |
| 101/LMR | Letters of Marque and Reprisal | AM4/PS | People Secure |
| 101/CM | Coin Money | AM4/W, PC | Warrant, Probable Cause |
| 101/EBC | Emit Bills of Credit | AM5/IND | Indictment |
| 101/GS, TD | Gold / Silver Tender Debt payment | AM5/DJ | Double Jeopardy |
| 101/BA | Bill of Attainder | AM5/WAH | Witness Against Himself |
| 101/XL | Ex post facto Law | AM5/DP | Due Process |
| 101/OC | Obligation of Contracts | AM5/JC | Just Compensation |
| 101/TN | Title of Nobility | AM6/ST | Speedy Trial |
| 211/SP | Separation of Powers | AM6/PT | Public Trial |
| 217/CS | Compensation of Service | AM6/IJT | Impartial Jury Trial |
| 218/OATH | Oath of president | AM6/TWC | Trial Wherein Committed |
| 221/ROW | Require Opinion in Writing | AM6/DPA | District Previously Ascertained |
| 221/GRP | Grant Reprieves and Pardons | AM6/INFO | Information |
| 222/AJ | Appoint Judges | AM6/WA | Witness Against |
| 222/AO | Appoint Officers | AM6/WF | Witness in Favor |
| 222/AOL | Appoint Officers by Law | AM6/AC | Assistance of Counsel |
| 222/AV | Appointment Vested | AM7/JT | Jury Trial |
| 231/GX | Guarantee Execution | AM7/FX | Facts Examined |
| 231/CO | Commission Officers | AM8/XB | Excessive Bail |
| 241/IMP | Impeachment | AM8/XF | Excessive Fine |
| 311/SP | Separation of Powers | AM8/CP | Cruel Punishment |
| 311/GB | Good Behavior | AM8/UP | Unusual Punishment |
| 311/CS | Compensation of Service | AM9/ER | Enumeration of Rights |
| 321/JUC | Judicial Power U.S. Constitution | AM10/PR | Powers Reserved |
| 321/JUP | Judicial Power when U.S. is a Party | AM11/JUC | Judicial power / U.S. Constitution |
| 322/SCA | Supreme Court Appeal | AM13.1/S, IS | Slavery, Involuntary Servitude |
| 323/JT | Jury Trial | AM14.1/CUS | Citizens of the U.S. |
| 323/TIS | Trial In State | AM14.1/CP, CI | Citizens privileges, Citizens Immunities |
| 331/TAU | Treason Against U.S. | Am14.1/DP | Due Process |
| 331/TC | Treason Conviction | AM14.1/EP | Equal Protection of the law |
| 332/TP | Treason Punishment | AM14.3/HO, IR | Hold Office, Insurrection, Rebellion |
| 411/ARP | Acts, Records and Proceedings | AM14.3/RD | Remove Disability |
| 411/CPE | Congress Prescribes Effect of acts, records and proceedings | AM14.4/PDQ | Public Debt Questioned |
| 421/UP, UI | Uniform Privileges, Uniform Immunities | AM14.4/OC, IR | Obligation of Contracts, Insurrection, Rebellion |
| 431/NNS | No New State | AM14.4/OC, V | Obligation of Contracts |
| 441/GRG | Guarantee Republican Government | Am16/TX | Claims void Tax |
| 441/PAI | Protect Against Invasion | AM24/VPT | Vote - Pay Tax |